Hon. Jeffrey D. Kyle, Clerk
Third District Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

NO. 03-13-00719-CV

## ADDRESS CHANGE

Dear Madam or Sir

Please find Appellants notice of address Change for cause number 03-13-00719-CV, address being : New, 1300 FM 655 Rosharon, Texas 77583, Please forward all futher Correspondence to the new address. Thank You

Written Reply Requested.

February 15, 2015

Sincerely yours

Appellant
Trent Alvon Smith #1024817
1300 FM 655 C.T. Terrell unit
Rosharon, Texas 77583
Phone no. 281-595-3481

RECEIVED
FEB 1 9 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Mr. Trent Alvon Smith #1024817
1300 F.M. 655, C.T. Terrell unit
Rosharon, Texas 77583

(ADDRESS CHANGE)

NORTH HOUSTON TX 773

17 FEB 2015 PM 4 L

USA
FOREVER
2014

Hon. Jeffrey D. Kyle, Clerk
- Third District Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

Legal

78711254747